John A. Kithas (State Bar No. 64284)
Christopher Land (State Bar No. 238261)
LAW OFFICES OF JOHN A. KITHAS
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-788-8100
Facsimile: 415-788-8001

Attorneys for Creditor Justina Manimbo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PRISCILA S GUTIERREZ<br>1150 NAPLES STREET<br>SAN FRANCISCO, CA 94112<br><br>Debtor | Chapter 13<br>Case No. 20-30797 DM<br><br>OBJECTION TO MOTION TO MODIFY<br>CHAPTER 13 PLAN<br><br>Date:   June 21, 2023<br>Time:   10:00 am<br>Ctrm: TELEPHONE/VIDEO |

Debtor Priscila S Gutierrez' Chapter 13 Plan (ECF Nos. 2 & 11) was confirmed in January 2021 (ECF No. 27). Since then, she has missed payments so often that the Trustee has filed five Motions to Dismiss (ECF Nos. 18, 37, 43, 47, 53). In connection with the fifth Motion to Dismiss, Debtor filed a Motion to Modify Chapter 13 Plan (ECF No. 57, "the Motion"). Creditor Justina Manimbo ("Manimbo") objects to at least one of two modifications indicated by the Motion.

First, the Motion seeks to modify Plan Section 2.01 to rearrange Debtor's monthly payments to catch up with the plan. Manimbo leaves this between Debtor and the Trustee, noting the Trustee's well-taken Objection (ECF No. 59) that Debtor has failed to provide necessary information, a recurring issue for her (*see* ECF No. 18 p.4).

Second, the Motion indicates a modification to Plan Section 3.14 to reduce unsecured claims from $388,755.67 to $74,894.75. In a May 8, 2023, email, Debtor's attorney advised that the amount in the Motion is a mistake that will be corrected in an amended motion. Since it has not yet been

corrected, Manimbo objects to the modification indicated by the Motion. The Motion does not even disclose this request, which could have gone unnoticed without comparison to the confirmed Plan, much less offer any basis for the drastic relief of reducing claims by $313,860.92. Even if the Court and Trustee allow the first modification, Section 3.14 should remain $388,755.67, unchanged from the confirmed Plan.

DATED: May 25, 2023

LAW OFFICES OF JOHN A. KITHAS
Attorneys for Creditor Justina Manimbo


Chris Land

Case: 20-30797    Doc# 60    Filed: 05/25/23    Entered: 05/25/23 16:29:43    Page 2 of 3

# PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled action. My business address is One Sansome Street, 35th Floor, San Francisco, CA 94104.

On the date hereof, I served the following:

OBJECTION TO MOTION TO MODIFY CHAPTER 13 PLAN

by placing true and correct copies thereof in a sealed envelope and depositing said envelope in the United States Mail, with postage thereon fully paid, from San Francisco, California, addressed as follows:

**David Burchard**
P.O. Box 8059
Foster City, CA 94404
(650) 345-7801
TESTECF@burchardtrustee.com
*Added: 10/07/2020*
*(Trustee)*

**Priscila S Gutierrez**
1150 Naples Street
San Francisco, CA 94112
SSN / ITIN: xxx-xx-8361
*Added: 10/07/2020*
*(Debtor)*

**Eric J. Gravel**
Law Offices of Eric J. Gravel
1390 Market St. Suite 200
San Francisco, CA 94102
(415) 767-3880
ctnotices@gmail.com
*Assigned: 10/07/20*

DATED: May 25, 2023

_____
Chris Land